Christine Tippett
4018 Hunting Creek Dr
Grove City OH 43123

Dear Your HONOR

I am writing to you in regards to my son Cody Tippett
He will be seen by you on April 4th in regards to January 6th
I would like to tell you a lot about my son and for beg this courts leniency/mercy

My son went t to DC on January 6th with no intentions of breaking any laws but I understand ignorance of the law is no excuse.

My son in the last 8 years has grown with great strides
He went to school to make something out of himself opened his own business
He has gotten married and has 2 small children 18 months and 6 months
He has helped me through a nasty divorce
He helps me financially monthly
He is helping me get my house back in shape
He has become a good man, son and father

I am concerned if he gets jail time – he will loose his business
He is struggling financially with these economic times
He is in contract negotiations with several of his top customers trying to lower rates
Insurance renewel is just around the corner
My son on an average works from 9-10 am to the next day around 3 am
I dispatch from 730 am -9 pm and he covers most of the night
He is very hands on and is the glue that keeps us going
Im terrified with out him we will end up closing our doors
He does things no one else knows how to do
I am finically depended on him
He works hards and takes care of his family and his Mom

His wife has PPD -post partum depression
She has been hospitalized in January of 23 and January of 24 and March of 24
There is documented proof through hospital records and police reports
She is not in a good place and I fear what will happen if he goes to prison

I am begging this court for leniency
Probation, house arrest or a bigger fine, not jail time so he can be home to take care of his family mentally and financially

I thank this court for allowing me this time to advocate for my son

Sincerely
Christine Tippett